IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.  2:18CR20010-001 |
| | ) | |
| BRIAN CHRISTOPHER JONES | ) | |

PETITION AND ORDER FOR WRIT
HABEAS CORPUS AD PROSEQUENDUM

Comes now the United States Attorney for the Western District of Arkansas and for his petition, states:

1. That **Brian Christopher Jones,** Defendant herein, is now confined in the Arkansas Department of Correction, Cummins Unit, Grady, Arkansas and is being held by the Warden thereof.

2. It is requested that said Defendant be brought before the United States District Court, Western District of Arkansas, Fort Smith, Arkansas, for proceedings on the charges now pending against him and said Defendant then be returned to the above-named institution at the conclusion of all proceedings in the above named Court.

WHEREFORE, your petitioner prays the Court to forthwith order the issuance of a Writ of Habeas Corpus Ad Prosequendum directed to the following:

To the United States Marshal for the Western District of Arkansas

To the Warden, Arkansas Department of Correction, Cummins Unit, Grady, Arkansas

requiring them to produce the body of the said Defendant before this Court, **Fort Smith, Arkansas, on June 28, 2018, at 10:00 a.m.**

DUANE (DAK) KEES
UNITED STATES ATTORNEY

By  *Candace L. Taylor*
Candace L. Taylor
Assistant U.S. Attorney
Arkansas Bar No. 98083
414 Parker Avenue
Fort Smith, AR 72901
Telephone: 479-783-5125

IT IS SO ORDERED this 6th day of June, 2018.

*Mark E. Ford*
_____
Honorable Mark E. Ford
United States Magistrate Judge

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

JUN 06 2018

DOUGLAS F. YOUNG, Clerk
By
     Deputy Clerk