IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO. 2:18CR20010-001 |
| | ) | |
| BRIAN CHRISTOPHER JONES | ) | |

## NOTICE OF APPEAL

Notice is hereby given that BRIAN CHRISTOPHER JONES appeals to the United States Court of Appeals for the Eighth Circuit from the Judgment and Commitment entered in this action on February 20, 2019.

1. Information regarding this matter to be appealed is as follows:

*Joseph C Self*
Signature of Appellant's Counsel

Joseph C. Self
Typed name of Appellant's Counsel

6301 Hwy 45, Suite C
Street Address

479-785-5881
Telephone number (Include Area Code)

Fort Smith, Arkansas 72916
City

March 4, 2019
Date

Defendant's Address:   Washington County Detention Center
1155 W. Clydesdale Drive
Fayetteville, AR 72701

Offenses:   Conspiracy to Distribute Methamphetamine - Count One

Date of Sentencing:   2-20-19

Sentence:   240 months

2. Counsel is a CJA attorney appointed to represent this Defendant on June 28, 2018.

3. Defendant's financial status has not changed and warrants appointment of counsel on appeal.

>Respectfully submitted,
>
>BRIAN CHRISTOPHER JONES
>
>By: *Joseph C Self*
>Joseph C. Self
>ABA #82-145
>6301 Hwy 45, Suite C
>Fort Smith, AR 72916-8857
>479-785-5881
>FAX 479-785-5883
>Selflawfirm@juno.com

## CERTIFICATE OF SERVICE

I, Joseph C. Self, Attorney for Defendant herein, do hereby certify that on this __4th__ day of March, 2019, I caused a true and correct copy of the above and foregoing to be served upon the following:

Via electronic filing:
Candace Taylor
Assistant U.S. Attorney

Via U.S. Mail:
Brian Christopher Jones
#253237
Washington County Detention Center
1155 W. Clydesdale Drive
Fayetteville, AR 72701

>*Joseph C Self*
>Joseph C. Self