U.S. COURT OF APPEALS   EIGHTH CIRCUIT

## NOA SUPPLEMENT

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of the case)

United States District Court - Western District of Arkansas – Fort Smith Division

Criminal Case Number: 2:18cr20010-001
USA v. Brian Christopher Jones

| | | |
|---|---|---|
| Financial Status: Fee Paid? | Yes ___ | No _X_ |
| If NO, has IFP been granted? | Yes _X_ | No ___ |
| Is there a pending motion for IFP? | Yes ___ | No _X_ |
| Are there any other post - judgment motions? | Yes ___ | No _X_ |

Please identify the court reporter:  Rick Congdon

If no court reporter, please check _____

**Criminal cases only:**

Is the defendant currently incarcerated?    Yes _X_    No _____

**Special Comments**: Order filed on 2/25/19, document 210 granted permission to file appeal by 3/21/19