# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-1487

United States of America

Appellee

v.

Brian Christopher Jones

Appellant

___

Appeal from U.S. District Court for the Western District of Arkansas - Ft. Smith
(2:18-cr-20010-PKH-1)

___

### ORDER

Attorney, Joseph Clayton Self is hereby appointed to represent appellant in this appeal under the Criminal Justice Act. Information regarding the CJA appointment and vouchering process in eVoucher will be emailed to counsel shortly.

March 11, 2019

Order Entered under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
　　　/s/ Michael E. Gans