TRANSMITTAL SHEET

TO: Clerk, USCA Eighth Circuit

FROM: Clerk, District Court   WD/AR   Fort Smith
(District & City)

Appeal No: 19-1487

District Court No. 2:18cr20010-001

Case Style: USA v. Brian Christopher Jones

**TRANSMITTED HEREWITH:**

☑ Transcript from 10/23/18 and 2/6/19

☑ Pretrial Report doc. 50 (In Triplicate)

☑ Initial Disclosure of PSR doc. 116 (In Triplicate)

☑ Defendant's Response to the PSR doc. 130 (In Triplicate)

☑ Governments Response to PSR doc. 125 (In Triplicate)

☑ Final PSR doc. 131 (In Triplicate)

☑ Sentencing Recommendation doc. 132 (In Triplicate)

☑ Statement of Reasons doc. 196 (In Triplicate)

Comments:   COPY - DOES NOT NEED TO BE RETURNED

Sent FED EX from Fort Smith Office