# TRANSMITTAL SHEET

TO: Clerk, USCA Eighth Circuit

FROM: Clerk, District Court   WD/AR    Fort Smith
(District & City)

Appeal No: 19-1487

District Court No. 2:18cr20010-001

Case Style: USA v. Brian Christopher Jones

**TRANSMITTED HEREWITH:**

☑ Transcript from Change of Plea 8/8/18

☐

☐

☐

☐

☐

☐

☐

Comments:   COPY -  DOES NOT NEED TO BE RETURNED

  Sent FED EX  from Fort Smith Office